THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Oliver Hicks, Appellant.
 
 
 
 
 

Appeal From Berkeley County
 James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-122
 Submitted January 4, 2010  Filed February
11, 2010   

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM:  Oliver Hicks appeals his guilty pleas for attempted armed robbery
 and accessory after the fact of a felony, arguing the trial court erred in
 refusing to consider his cooperation with the State in testifying against his
 co-defendant when imposing his sentence after his plea. After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hicks's appeal
 and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS, PIEPER, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.